

ORDERED in the Southern District of Florida on April 30, 2018.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

FRED M. UHLIG;

          Debtor._____/

Case No. 18-11618-BKC-LMI

Chapter 7

## AGREED ORDER SUSTAINING TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS AND MOTION FOR TURNOVER [ECF # 16]

*(Cancels Hearing Scheduled for April 30, 2018 at 11:00 AM [ECF #17])*

**THIS MATTER** came before the Court upon the *Trustee's Objection to Debtor's Claim of Exemptions and Motion for Turnover* (the "Objection") [ECF # 16] filed by Jacqueline Calderin, Trustee (the "Trustee") of the bankruptcy estate of Fred M. Uhlig (the "Debtor"). The Court, having reviewed the Objection and being advised that the parties agree to the relief Ordered herein, and finding that the relief sought in the Objection is in the best interest of the

estate and good cause exists for the relief provided herein. Accordingly, the Court does **ORDER** as follows:

1. The Objection is **SUSTAINED**.

2. The Debtor shall turnover in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", the total sum of $2,750.00 (the "BuyBack") due no later than May 1, 2018. The BuyBack shall be allocated follows: $2750.00   - 1997 Ford Mustang

3. The Debtor(s) shall turnover the 2017 Income Tax Return once it has been filed.

4. To the extent that the Debtor is entitled to a refund, the Debtor(s) shall remit 100% (less any earned income credit), representing the estate's interest in the 2017 tax refund in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate" immediately upon receipt.

5. In the event that the Debtor defaults under the terms of this Order, the Trustee shall be entitled to a revocation of Debtor's discharge by motion and hearing pursuant to Rule 9024 Fed.R.Bank.P., and Debtor waives the requirement of an adversary proceeding.

6. This Order resolves the estate's claims against all assets listed on Debtor's bankruptcy schedules.

7. The Court reserves jurisdiction to enforce the terms of this Order.

8. **The terms and provisions of this Order are agreed to in substance in form by:**

_____
Fred. M. Uhlig, Debtor

###

Submitted by:
**JACQUELINE CALDERIN**
*Chapter 7 Trustee*
936 SW 1st Avenue, #880
Miami, Florida 33130
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

Copy furnished to: Jacqueline Calderin, Chapter 7 Trustee, who shall serve a copy of this order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).